UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLOS COGDELL,

    Plaintiff,

v.                                      Case No. 3:22cv7073-LC-HTC

SERGEANT TYREE, et. al.,

    Defendants.

_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on July 27, 2022, (ECF No. 5), recommending dismissal based on Plaintiff's failure to prosecute and failure to comply with a Court order. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

Case No. 3:22cv7073-LC-HTC

2. That this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with a Court order.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 29th day of August, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**